**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

SILVIA ROBERTS

Case No.: 25-13601-CLC
Chapter 13

_____________________________/

**OBJECTION TO CLAIM NUMBER 17 FILED BY EVE MARIE STORM JOHNSON**

Silvia Roberts (the "Debtor") files this Objection to Claim No. 17 (the "Proof of Claim") of Eve Marie Storm Johnson (the "Claimant") and state as follows:

1. The Claimant alleges that the Debtor knowingly participated in a scheme to sell forged or unauthenticated artwork.

2. The Claimant filed a complaint in the Circuit Court of Miami-Dade County, Florida against the Debtor and her former husband, seeking approximately $270,000 in damages and alleging causes of action including civil conspiracy, fraud and civil theft.

3. On June 3, 2025, the Claimant filed Proof of Claim No. 17, alleging a debt in the amount of $461,663.50.

4. The Debtor denies all allegations, asserting she had no involvement in the sale or delivery of the disputed artwork and no contractual relationship with the Claimant. The Debtor contends that she was improperly added to a lawsuit that should have only been directed at her former husband

5. The Debtor disputes the claim and listed it as contingent and unliquidated in her Bankruptcy Schedules, further emphasizing that liability has neither been established nor adjudicated, and any recovery is speculative at best pending resolution of

the underlying litigation.

Attorney's Local Rule 2090-1(A) Certification

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Cohen Legal Services, P.A.
Counsel for the Debtor
1801 NE 123rd Street, Suite 314
North Miami, FL 33161
Tel: (305) 570-2326
Email: rocky@lawcls.com

/s/ Rachamin Cohen
Rachamin Cohen
Florida Bar No.: 96305

**CERTIFICATE OF SERVICE**

I, hereby certify that on June 29, 2025, I electronically filed the Objection to Claim and generated Notice of Hearing with the United States Bankruptcy Court for the Southern District of Florida using the CM/ECF System. I have served the foregoing documents on the following CM/ECF participants:

| | |
|---|---|
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Nancy Neidich | e2c8f01@ch13miami.com |
| Thomas Zeichman | tzeichman@bmulaw.com.com |

Submitted by:

/s/ Rachamin Cohen
Rachamin "Rocky" Cohen, Esq.
Attorney for Debtor
Florida Bar No. 96305
1801 NE 123rd Street, Suite 314
North Miami, FL 33181
Telephone: 305-570-2326
Email: rocky@lawcls.com