**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br>Silvia Helena Roberts | Case No.25-13601-CLC<br>Chapter 13 |

__________Debtor____/

**AMENDED APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES OR REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR CHAPTER 13 DEBTOR**

Applicant, Rachamin "Rocky" Cohen and Cohen Legal Services, was retained by the debtor to serve in this bankruptcy case as attorney for debtor. A copy of the retainer agreement is attached as Exhibit "A". Pursuant to Local Rule 2016-1(B)(2) and the "Chapter 13 Fee Guidelines", applicant hereby requests the Court to approve compensation and reimbursement of expenses as follows:

| | |
|---|---|
| Fees Requested: | $ 9,454.50 |
| Total Expenses to be Reimbursed: | $ 132.47 |
| Amount Received To-Date:<br>**(exclusive of filing fees)** | $ 2,600.00 |
| Amount to be Paid through Plan: | $ 6,986.97 |

1. The amount requested, if allowed, will be paid in full after 5 monthly payments under the Plan.

2. A detailed itemization of the services rendered to date with corresponding time entries and costs incurred is attached as Exhibit "B".

3. Applicant estimates that an additional __1.0__ hours will be required to be expended in providing legal services on behalf of the debtor(s) described below:

Applicant estimates that an additional 1.0 hour will be required to provide legal

services on behalf of the Debtor in connection with preparing for the upcoming hearing on the creditor's *Motion to Extend Time to Object to Dischargeability of Debt* and to attend the Debtor Confirmation Hearing.

4. The following is a short statement of any unusual, troublesome or unique aspects of this case which resulted in or will result in more than the usual amount of time being expended and more than the usual amount of costs being incurred:

This case was filed within one year of the dismissal of the Debtor's initial chapter 13 case which required a Motion to Extend the Automatic Stay. Below is a brief summary of work performed, in addition to the standard chapter 13 tasks such as attending Meeting of Creditors and confirmation hearings.

This is a contentious case arising from an underlying state court litigation that has been ongoing for over six years and involves allegations of art fraud. The Creditor has filed multiple pleadings, including an Objection to Confirmation, an Objection to the Debtor's Claimed Homestead Exemption and a Motion to Extend Time to Object to Dischargability. The Chapter 13 Trustee filed a Notice of Joinder in objecting to the Debtor's homestead exemption.

Addressing these issues has required substantial legal research and analysis, including review of the timeline surrounding the purchase of the property at issue, the Debtor's prior bankruptcy filing and relevant case law concerning the homestead exemption. In addition, the Debtor has filed objections to two proofs of claims, one of which necessitated a hearing before the Court. The complexity of the case required multiple revisions of the Debtor's Schedules and an Objection to the Creditor's motion to extend the dischargeabiltiy deadline.

5. The source of compensation previously paid to the applicant was: Debtor.

6. Applicant has not shared or agreed to share any compensation received in connection with the bankruptcy case with any person or entity other than a member or regular associate of applicant's firm.

**DATED:** September 8, 2025

Submitted by:
/s/ Rachamin Cohen
Rachamin "Rocky" Cohen, Esq.
Attorney for Debtor
Florida Bar No. 96305
Cohen Legal Services, PA
1801 NE 123rd Street., Suite 314
North Miami, FL 33181
Telephone: 305-570-2326
Email: Rocky@lawcls.com

# **EXHIBIT A**

COHEN LEGAL
Attorneys At Law
SERVICES P.A.

April 1, 2025

Silvia Helena Roberts
Silviacastro1972@gmail.com

Dear Silvia,

This is a contract for legal services entered into between Cohen Legal Services, P.A. (hereinafter referred to as "CLS") and Silvia Helena Roberts. (the "Client"), based on the terms and conditions set forth in the paragraphs below:

1. **Parties:** As stated above, CLS will be representing the Client with respect to the matter described in paragraph.

2. **Purpose and Scope of Engagement:** The purpose of this engagement is to represent the Clients' interest in the filing of a Chapter 13 Bankruptcy Petition ("THE MATTER"). This engagement does not include any representation outside of Bankruptcy Court nor in any adversary proceeding, 2004 Examination, discovery matters and Chapter 7 or 11 proceeding should the case be converted. If at any time CLS is required to take any action in THE MATTER and CLS is unable to obtain instructions from the Clients, the Clients authorize CLS to take such action as are necessary to protect the Clients' interest.

3. **The Client's Obligations:** CLS will endeavor to represent the Client's interests vigorously and efficiently. For CLS to provide these services effectively, the Client agrees to disclose fully and accurately all pertinent facts and keep CLS apprised of all developments in THE MATTER. CLS will rely on the completeness and accuracy of that information when performing services on the Client's behalf. The Client agrees to cooperate fully with CLS and agrees to timely comply with all court orders, discovery requests and other requests.

4. Client has been advised that it will need to retain an accounting to comply with the Bankruptcy Code's filing requirements.

5. **Fee Arrangement:** CLS agrees to handle THE MATTER for the Client on an hourly basis. The Client agrees to pay a $2,600.00 fee and $338.00 cost advance for a total feed and cost advance of $2,938.00. The fee advance represents an advance against CLS' anticipated legal fees in representing the Client in THE MATTER. The Client agrees that the fee advance will be credited against an hourly rate of $495.00 per hour for attorney time. The schedule of hourly rates is based on years of experience, specialization and training, practice, level of professional attainment, and overhead cost.

The Client agrees to pay all costs, fees, and expenses incurred by CLS in THE MATTER, including, but not limited to, filing fees, process server fees, documentary stamps, intangible tax, computerized legal research fees, postage, expedited mail or delivery service fees (including Federal Express, special couriers, and local messengers), parking expenses and deposition expenses (including cost of transcript and court reporter fees). Where the expenses involve payment to persons outside CLS, CLS may request that the Client pay the expenses directly. If a cost is incurred, the Client authorizes CLS to advance the cost on the Client's behalf. If CLS does advance costs on the Client's behalf, the Client agrees to reimburse CLS within 10 days of being advised of the amount CLS advanced.

The Client understands that it is the practice of CLS to charge not less than 1/10 of an hour for each telephone call made and received, no matter how short its duration.

6. **Right to Terminate/Withdraw:** The Client understands and agrees that if a fee due CLS is not paid within the terms described in paragraph 5, then CLS has the right to terminate working on THE MATTER and to withdraw as the Client's attorneys based upon said non-payment. The Client hereby consents to permit CLS to withdraw as its counsel under those circumstances.

7. I acknowledge the following:

I'm have been advised of the Chapter 13 debt limitations of $1,580,125.00 of secured debt and $523,700.00 in unsecured debt_______________ Initial

I have been advised to cease using my credit cards upon deciding to file bankruptcy. __________ Initial

I consent to Christian Larrviere, Jose Blanco, Samir Masri and Josh Miller to cover any and all motion and confirmation hearing.___________ Initial

The first chapter 13 plan payment will be due 30 days from the date of filing the chapter 13 case. _____ Initial

I, acknowledge that the automatic stay in this case will only apply for a period of 30 days pursuant to 11 U.S.C. § 362(c)(3). I understand that in order for the stay to be extended beyond this period, the Court must determine that this case was filed in good faith and grant an extension upon proper motion and hearing. I further acknowledge that if the Court does not extend the stay, creditors may resume collection efforts, including foreclosure or repossession, after the 30-day period expires._____________________ Initial

If you have any questions, please do not hesitate to contact me. If the foregoing is acceptable, please acknowledge that you have reviewed it, understand it, and desire to retain CLS on the basis of the terms of this agreement by signing and delivering to us the signed agreement by e-mail.

Very truly yours,

/s/Rachamin Cohen
Rachamin Cohen

The Clients has read this entire agreement, understands it, and agrees to all of its terms. By signing below, the Client further acknowledges that CLS has made no guarantees or assurances concerning the outcome of THE MATTER.

Signed by:

By: ______________________________________

B6B5D4D181314A8...

Silvia Helena Roberts

# Exhibit “B”

# Time Records

09/08/2025
9:33 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 04/01/2025 | | Search MDC Property Appraiser's website, Sunbiz, email debtor's state court counsel, phone call with M. Hoffman anddraft emergency Petition. Review 45 creditors and match with previous filing, Phone call with S.Roberts<br>Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 1.60h | $495.00 | - | $792.00 |
| 04/08/2025 | | Research 28 U.S.C. 1746 for Debtor's Declaration and draft Motion to Extend Automatic Stay.<br>Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 0.40h | $495.00 | - | $198.00 |
| 04/08/2025 | | Draft Schedule AB and follow up with S. Roberts.<br>Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 0.70h | $495.00 | - | $346.50 |
| 04/10/2025 | | Follow up with S. Roberts.<br>Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 0.10h | $495.00 | - | $49.50 |
| 04/15/2025 | | Draft and file Motion for Extension of Time and proposed order.<br>Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 0.20h | $495.00 | - | $99.00 |
| 04/22/2025 | | Prepare for and attend hearing on Motion to Extend the Automatic Stay.<br>Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 1.00h | $495.00 | - | $495.00 |
| 04/22/2025 | | Draft and file Order on extending the automatic stay.<br>Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 0.20h | $495.00 | - | $99.00 |
| 04/25/2025 | | Phone call with S. Roberts. | 00231-Roberts | Rachamin | 0.40h | $495.00 | - | $198.00 |
| | | | | | **19.10h** | | **$0.00**<br>0.00h | **$9,454.50**<br>19.10h |

09/08/2025
9:33 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Unbilled | Chapter 13 | Cohen | | | | |
| 04/28/2025 | | Review Debtor's financials and other documents, continue drafting Schedules A/B, Statement of Financial Affairs, Current Monthly Income and Chapter 13 Plan and follow up with S. Roberts.<br>Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 1.30h | $495.00 | - | $643.50 |
| 05/02/2025 | | Follow up with S. Roberts and prepare for Meeting of Creditors.<br>Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 0.20h | $495.00 | - | $99.00 |
| 05/09/2025 | | Assist Debtor with the Trustee's 341 questionnaire.<br>Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 0.30h | $495.00 | - | $148.50 |
| 05/15/2025 | | Meeting with S. Roberts and attending Meeting Of Creditors.<br>Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 1.00h | $495.00 | - | $495.00 |
| 05/28/2025 | | Research valuation of 2015 Ferrari and draft amended Schedules.<br>Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 0.30h | $495.00 | - | $148.50 |
| 06/04/2025 | | Phone call with K. Molina.<br>Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 0.30h | $495.00 | - | $148.50 |
| 06/12/2025 | | Phone call with Trustee's office, review creditors objection to confirmation and objection to homestead exemption.<br>Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 0.50h | $495.00 | - | $247.50 |
| | | | | | **19.10h** | | **$0.00**<br>0.00h | **$9,454.50**<br>19.10h |

09/08/2025
9:33 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 06/13/2025 | | Meeting with S. Roberts.<br>Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 1.00h | $495.00 | - | $495.00 |
| 06/13/2025 | | Review previous chapter 13 filing.<br>Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 0.30h | $495.00 | - | $148.50 |
| 06/16/2025 | | Phone call with T. Zeichman (.3), follow up with S. Roberts (.1).<br>Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 0.40h | $495.00 | - | $198.00 |
| 06/17/2025 | | Attend confirmation hearing.<br>Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 0.20h | $495.00 | - | $99.00 |
| 06/27/2025 | | Follow up with S. Roberts, T. Zeichman, review 20 claims filed and draft and begin drafting Objection to Claim No. 17 and First Amended Plan.<br>Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 0.70h | $495.00 | - | $346.50 |
| 06/29/2025 | | Research underlying complaint filed by Eve Johnson and continue drafting Objection to Claim 17 and follow up with Claimant's attorney.<br>Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 1.00h | $495.00 | - | $495.00 |
| 07/11/2025 | | Review Objection to exemption, valuation of property, case law and begin drafting response (.7), phone call with T. Zeichman (.1).<br>Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 0.80h | $495.00 | - | $396.00 |
| 07/14/2025 | | Phone conference with S. Roberts and L. Roberts, phone call with Jason, state court attorney, | 00231-Roberts Chapter 13 | Rachamin Cohen | 1.70h | $495.00 | - | $841.50 |
| | | | | | **19.10h** | | **$0.00**<br>0.00h | **$9,454.50**<br>19.10h |

09/08/2025
9:33 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | continue drafting first amended plan and edit Schedule A/B, C and D. Follow up phone call with S. Roberts and L. Roberts. Review proposed agreed order. Unbilled | | | | | | |
| 07/15/2025 | | Attend hearing on Objection to Claims and Objection to Exemption (phone call with S. Roberts, phone call with L. Roberts and correspondence with Creditors attorney (1.1) attend confirmation hearing (.4). Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 1.50h | $495.00 | - | $742.50 |
| 07/18/2025 | | Draft and upload Order Sustaining Objection to Claim No. 7 Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 0.10h | $495.00 | - | $49.50 |
| 07/21/2025 | | Draft Second Amended Plan Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 0.20h | $495.00 | - | $99.00 |
| 07/22/2025 | | Review Trustee's Notice of Deficency, prepare Local Form 76 and draft Application for Compensation. Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 0.60h | $495.00 | - | $297.00 |
| 09/05/2025 | | Conference call with S. Roberts. Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 0.90h | $495.00 | - | $445.50 |
| 09/08/2025 | | Edit second amended plan. Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 0.20h | $495.00 | - | $99.00 |
| | | | | | **19.10h** | | **$0.00** 0.00h | **$9,454.50** 19.10h |

09/08/2025
9:33 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 09/08/2025 | | Expected time on upcoming hearing on Motion to Extend Deadline and Confirmation Hearing. Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 1.00h | $495.00 | - | $495.00 |
| | | | | | **19.10h** | | **$0.00** 0.00h | **$9,454.50** 19.10h |

# Expenses

09/08/2025
9:34 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 04/01/2025 | $ | Review claims register and docket.<br>Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 1.00 | $3.00 | - | $3.00 |
| 04/09/2025 | $ | Postage<br>Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 1.00 | $25.55 | - | $25.55 |
| 04/24/2025 | $ | Postage<br>Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 1.00 | $34.31 | - | $34.31 |
| 05/02/2025 | $ | Postage<br>Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 1.00 | $34.31 | - | $34.31 |
| 06/13/2025 | $ | Pacer search<br>Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 1.00 | $1.30 | - | $1.30 |
| 07/14/2025 | $ | Pacer filing fee.<br>Unbilled | 00231-Roberts Chapter 13 | Rachamin Cohen | 1.00 | $34.00 | - | $34.00 |
| | | | | | | | **$0.00**<br>0.00h | **$132.47**<br>0.00h |