**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Case No.25-13601-CLC
Silvia Helena Roberts Chapter 13

Debtor /

**OBJECTION TO CLAIM OF INTERNAL REVENUE SERVICE**

***IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM NO. 5***

***This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).***

Pursuant to 11 U.S.C. Section 1325(a)(3), Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

***Proof of Claim #5 filed by Department of the Treasury – Internal Revenue Service.***

The Internal Revenue Service ("IRS") filed a claim in the amount of $11,825.06, comprised of the following:

**$7,365.00 unsecured priority claims**: The Debtor objects to the unsecured priority claim filed by the Internal Revenue Service on the grounds that the claim is based solely on "estimated" tax liabilities for the years 2021, 2023, and 2024, whereas the Debtor's filed tax returns for those years show no outstanding tax liabilities and instead reflect overpayments resulting in refunds of $677 for 2021, $12,504 for 2023, and $579 for 2024; therefore, the IRS's estimated claim is inaccurate and should be disallowed in its entirety.

**$4,460.06 in unsecured general claims**: The Debtor is currently in the process of locating its 2020 tax return and reserves the right to object to the unsecured portion of the claim.

**Wherefore**, the Debtor respectfully requests that this Court enter an order disallowing the $7,365.00 portion of the IRS's unsecured priority claim to the extent it is based on estimated liabilities inconsistent with the Debtor's filed tax returns, and granting

such other and further relief as the Court deems just and proper; and the Debtor further reserves the right to object to the unsecured portion of the claim upon locating and reviewing its 2020 tax return.

DATED: November 13, 2025

Submitted by:
/s/ Rachamin Cohen
Rachamin "Rocky" Cohen, Esq.
Attorney for Debtor
Florida Bar No. 96305
Cohen Legal Services, PA
1801 NE 123rd Street # 314
North Miami, FL 33181
Telephone: 305-570-2326
Email: Rocky@lawcls.com

**CERTIFICATE OF SERVICE**

I, hereby certify that on November 13, 2025, I electronically filed the Certificate of Service regarding the Objection to Claim and accompanied Notice of Hearing with the United States Bankruptcy Court for the Southern District of Florida using the CM/ECF System. I have served the foregoing documents on the following CM/ECF participants:

| | |
|---|---|
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Nancy Neidich, Trustee | e2c8f01@ch13miami.com |
| Raychell Tasher | Raychell.Tasher@usdoj.gov |

I certify that on November 13, 2025 I have mailed via first-class mail, postage prepaid, the documents electronically filed with the Court on the additional parties listed below.

Submitted by:
/s/ Rachamin Cohen
Rachamin "Rocky" Cohen, Esq.
Attorney for Debtor
Florida Bar No. 96305
Cohen Legal Services, PA
1801 NE 123rd Street, Suite 314
North Miami, FL 33181
Telephone: 305-570-2326
Email: Rocky@lawcls.com

**VIA US MAIL**

Attorney General Pam Bondi
Attorney General of the United States
950 Pennsylvania Avenue N.W.
Washington, DC 20530-0001

US Attorney Jason A. Reding Quinones
99 North East 4th Street
Miami, FL 33132

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

D. Franklin
Internal Revenue Service
400 W Bay Street
M/S 5730
Jacksonville, FL 32202

Internal Revenue Service,
Insolvency Support Group
Unit 1, Stop 5730
7850 SW 6th Court, Room 165
Fort Lauderdale, FL 33318

Special Assistant United States
1000 S Pine Island Road, Suite 300
Plantation, FL 33324