**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**IN THE MATTER OF:**
**Silvia Helena Roberts**

**CASE NO.: 25-13601-CLC**
**CHAPTER 13**

**Debtor**

---

## NOTICE OF VOLUNTARY DISMISSAL

Debtor, Silvia Helena Roberts, by and though undersigned counsel, files this Notice of Voluntary Dismissal and states as follows:

1. On April 1, 2025, Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. Pursuant to 11 U.S.C. Section 1307, Debtor seeks to voluntarily dismiss her case.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been forwarded by CM/ECF to Nancy Neidich, Trustee, and the additional parties on the attached Matrix, this 15th day of December 2025.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Submitted by:
/s/ Rachamin Cohen
Rachamin "Rocky" Cohen, Esq.
Attorney for Debtor
Florida Bar No. 96305
Cohen Legal Services, PA
1801 NE 123rd Street Ste 314
North Miami, FL 33181
Telephone: 305-570-2326
Email: Rocky@lawcls.com

Label Matrix for local noticing
113C-1
Case 25-13601-CLC
Southern District of Florida
Miami
Thu Oct 30 12:51:39 EDT 2025

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

TD Bank, N.A.
1715 Aaron Brenner Dr., Suite 800
Memphis, TN 38120-1445

Wilmington Savings Fund Society, FSB
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Rd., Suite 450
Alpharetta, GA 30004-2001

Wilmington Savings Fund Society, FSB, not in
Select Portfolio Servicing
3217 S. Decker Lake Dr.
Salt Lake City, UT 84119-3284

Ally Credit Card/cws
Po Box 9222
Old Bethpage, NY 11804-9222

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

Aspire Credit Card
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348-5555

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634-2413

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Bk Of Mo
Po Box 85710
Sioux Falls, SD 57118-5710

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Capitalone
Po Box 31293
Salt Lake City, UT 84131-0293

Cbna
Attn: Centralized Bankruptcy/Citicorp
Po Box 790034
St Louis, MO 63179-0034

Citibank N.A.
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Citicard
Citicorp Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179-0040

Coastal Community Bank
C/O Prosper Funding LLC
221 Main Street, Suite 300
San Francisco, CA 94105-1909

Comenity/Century 21
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Comenity/MPRC
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

(p)CONTINENTAL FINANCE COMPANY
PO BOX 3220
BUFFALO NY 14240-3220

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2239

EBF Holdings, LLC
8200 NW 52nd Terrace, Suite 200
Doral, FL 33166-7852

Eve Marie Storm Johnson
c/o Law Offices of Hoffman & Hoffman, PA
86 W Flagler Street, Suite 200
Miami, FL 33166

Eve Marie Storm Johnson
c/o Leon & Saltiel, PLLC
2600 Douglas Rd., Suite 502
Miami, FL 33134-6134

Eve Marie Storm Johnson
c/o Thomas G. Zeichman, Esq.
2385 Executive Center Drive, Suite 300
Boca Raton, FL 33431-8530

Expo/Thd/Citi
Citicards Srvcs/Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195-0507

(p)FIRST NATIONAL BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

(p)FIRST SAVINGS BANK BLAZE
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

Iconbrickell Tower I
c/o First SErvice Residential
465/475 Brickell Avenue
Miami, FL 33131-2494

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
Centralized Insovency Operation
PO Box 7317
Philadelphia, PA 19101-7317

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Jason M Wandner, PA
100 N Biscayne Blvd Suite 1607
Miami, FL 33132-2308

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jpmcb
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203-4774

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Mercury/FBT
Attn: Bankruptcy
Po Box 84064
Columbus, GA 31908-4064

(p)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

Nordstrom FSB
Attn: Bankruptcy
Po Box 6555
Englewood, CO 80155-6555

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(p)PROSPER MARKETPLACE INC
221 MAIN STREET STE 300
SAN FRANCISCO CA 94105-1909

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Select Portfolio Servicing, Inc
Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165-0250

Syncb/City Furniture
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/BRMart
Attn: Bankruptcy
Pob 965060
Orlando, FL 32896-5060

Synchrony Bank/Banana Republic
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Care Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Gap
Attn: Bankruptcy
Pob 965060
Orlando, FL 32896-5060

Synchrony Bank/JCPenney
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/TJX
Attn: Bankruptcy Dept
Po Box 965064
Orlando, FL 32896-5064

Synchrony/PayPal Credit
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896-5064

TD Bank, N.A.
c/o Bert Echols, III
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120-1445

Td Auto Finance
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333-9223

U.S. Bank NA dba Elan Financial Services
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

(p)UPLIFT INC
2 N CENTRAL AVE FL 10
PHOENIX AZ 85004-4422

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a 3rd Floor
Des Moines, IA 50328-0001

Wilmington Savings Fund Society, FSB
Robertson, Anschutz, Schneid, & Crane PL
13010 Morris Rd., Suite 450
Alpharetta, GA 30004-2001

Wilmington Savings Fund Society, FSB
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Eve Storm
c/o Thomas G. Zeichman
2385 Executive Center Drive, Suite 300
Boca Raton, FL 33431-8530

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027-9806

Rachamin Cohen
Rachamin Cohen
1801 NE 123rd Street
Ste 314
North Miami, FL 33181-2883

Silvia Helena Roberts
495 Brickell Ave. Unit Bay 607
Miami, FL 33131-2769

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Continental Finance Co
Attn: Bankruptcy
4550 Linden Hill Rd, Ste 4
Wilmington, DE 19808

Dsnb Bloomingdales
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040

First Nataional Bank/Legacy
Attn: Bankruptcy
Po Box 5097
Sioux Falls, SD 57117

First Savings Bank/Blaze
Attn: Bankruptcy
Po Box 5096
Sioux Falls, SD 57117

Internal Revenue Service
400 W Bay Street
M/S 5730
Jacksonville, FL 32202

(d)Internal Revenue Service
Insolvency Support Group, Unit 1
Stop5730
7850 SW 6th Court, Room 165
Fort Lauderdale, FL 33318

Jefferson Capital Systems LLC
PO Box 7999
St Cloud, MN 56302-9617

(d)Macy's/ DSNB
Atytn: Bankruptcy
701 E. 60th Street North
Sioux Falls, SD 57104

Mission Lane LLC
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

Prosper Funding, Llc
Attn: Bankruptcy Dept
221 Main Street, Ste 300
San Francisco, CA 94105

Uplift Inc
Attn: Bankruptcy
440 N. Wolfe Road
Sunnyvale, CA 94085

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients 65
Bypassed recipients 1
Total 66