**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| In re: Silvia Helena Roberts<br><br>Debtor(s) | Case No. 25-13601-CLC |
|---|---|

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Nancy K. Neidich, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/01/2025.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 12/16/2025.

6) Number of months from filing or conversion to last payment: 0.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $220,000.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $8,722.20 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$8,722.20** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $6,986.95 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $457.77 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$7,444.72** |

Attorney fees paid and disclosed by debtor: $2,600.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Ally Credit Card/cws | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Ally Credit Card/cws | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Aspire Credit Card | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Aspire Credit Card | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA, N.A. | Unsecured | 5,224.00 | 0.00 | 5,224.81 | 0.00 | 0.00 |
| BANK OF AMERICA, N.A. | Unsecured | 5,204.00 | 0.00 | 5,204.37 | 0.00 | 0.00 |
| Bk Of Mo | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Bk Of Mo | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Capital One N.A. | Unsecured | 3,527.00 | 0.00 | 3,527.15 | 0.00 | 0.00 |
| Capitalone | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Cbna | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITIBANK, N.A. | Unsecured | 2,659.00 | 0.00 | 2,659.00 | 0.00 | 0.00 |
| CITIBANK, N.A. | Unsecured | 476.00 | 0.00 | 476.23 | 0.00 | 0.00 |
| Citicard | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Comenity/Century 21 | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Comenity/MPRC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Continental Finance Co | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Discover Financial | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Discover Financial | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Dsnb Bloomingdales | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Dsnb Bloomingdales | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| EBF Holdings, LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Eve Marie Storm Johnson | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Expo/Thd/Citi | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| First Nataional Bank/Legacy | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| First Savings Bank/Blaze | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Iconbrickell Tower I | Secured | NA | NA | NA | 0.00 | 0.00 |
| Jason M Wandner, PA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 0.00 | 502.42 | 0.00 | 0.00 |
| JPMorgan Chase Bank, N.A. | Unsecured | 4,624.00 | 0.00 | 4,624.80 | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | Unsecured | NA | 0.00 | 777.34 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 0.00 | 391.07 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 0.00 | 2,325.15 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 0.00 | 611.77 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 0.00 | 2,053.04 | 0.00 | 0.00 |
| Mercury/FBT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Mission Lane LLC | Unsecured | 2,588.00 | NA | NA | 0.00 | 0.00 |
| Nordstrom FSB | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PRA, LLC | Unsecured | NA | 0.00 | 2,540.25 | 0.00 | 0.00 |
| Prosper Funding, Llc | Unsecured | 2,053.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group LLC | Unsecured | NA | 0.00 | 3,253.34 | 0.00 | 0.00 |
| Syncb/City Furniture | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/Banana Republic | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/BRMart | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/Care Credit | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/Gap | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/JCPenney | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/TJX | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Synchrony/PayPal Credit | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| U.S. BANK NATIONAL ASSOCIATION | Unsecured | NA | 0.00 | 545.85 | 0.00 | 0.00 |
| UNITED STATES TREASURY | Priority | 7,365.05 | 0.00 | 7,365.05 | 1,277.48 | 0.00 |
| Uplift Inc | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank NA | Unsecured | 3,710.00 | NA | NA | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIE' | Secured | 510,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $7,365.05 | $1,277.48 | $0.00 |
| **TOTAL PRIORITY**: | **$7,365.05** | **$1,277.48** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$34,716.59** | **$0.00** | **$0.00** |

| **Disbursements:** | | |
|---|---|---|
| Expenses of Administration | $7,444.72 | |
| Disbursements to Creditors | $1,277.48 | |
| **TOTAL DISBURSEMENTS** : | | **$8,722.20** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/20/2026

By: /s/ Nancy K. Neidich
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.